IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                            4:08CR00352-7 JLH

ANDREW DEAN HUGHES

### ORDER

Pending before the Court is Defendant's Sealed Motion (docket entry #31) requesting permission to waive his appearance for arraignment on the Superseding Indictment (docket entry #23), and entry of a plea of not guilty. Pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, Defendant and defense counsel have executed a waiver of appearance in which Defendant affirms that he has received a copy of the Superseding Indictment, and requests entry of a plea of not guilty. (Docket entry #31.)

IT IS THEREFORE ORDERED THAT Defendant's Sealed Motion Requesting Waiver of Appearance (docket entry #31) is GRANTED. A plea of not guilty is hereby entered for Defendant.

DATED this 20th day of April, 2009.

_____
UNITED STATES MAGISTRATE JUDGE