## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                          No. 4:08CR00352-07 JLH

ANDREW DEAN HUGHES                                                                      DEFENDANT

### ORDER

Andrew Dean Hughes's motion to terminate his supervised release is GRANTED. Document #261. Hughes is hereby discharged and released from further supervision.

IT IS SO ORDERED this 22nd day of January, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE